# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3721

_____

| | | |
|---|---|---|
| Gregory R. Swecker, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Mike Johanns, in his official capacity | * | Southern District of Iowa. |
| as the Secretary of the United States | * | |
| Department of Agriculture, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 24, 2007
Filed: January 29, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Gregory Swecker appeals from the district court's[1] order granting defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1). Following careful de novo review, see Green Acres Enters., Inc. v. United States, 418 F.3d 852, 856 (8th Cir. 2005), we agree that dismissal of Swecker's complaint was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.